JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:     702/791-1912
Email:          jboyle@nevadafirm.com

*Attorneys for Plaintiff/Counter-Defendant*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| GREATER ENTERPRISES, LLC, a South Carolina limited liability company<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>SELECT MARKETING GROUP, LLC, a Nevada Limited Liability company<br><br>Defendant/Counterclaimant. | CASE NO.:   2:12-cv-00221-GMN-(PAL)<br><br>**NOTICE OF RESOLUTION AND SETTLEMENT AND STIPULATION AND ORDER TO STAY ACTION PENDING DISMISSAL** |

Pursuant to LR 6-2 and 7-1, Plaintiff and Counter-Defendant Greater Enterprises, LLC ("GE") and Defendant and Counterclaimant Select Marketing Group, LLC ("SMG") (and together, the "Parties") hereby provide notice to the Court that the Parties have reached a resolution of the above-captioned action and have executed Settlement Agreement regarding same.

Pursuant to the Settlement Agreement, certain transition issues must be resolved with regard to the transfer of intellectual property rights and inventory, and with regard to ensuring that various third party agreements are addressed. The Settlement Agreement requires that the Parties submit a notice of dismissal of the action with prejudice within five (5) days of the completion of the transition issues addressed therein.

///

///

- 1 -

09440-01/1051554.doc

1  The Parties therefore respectfully request that the Court stay this action for a period of thirty (30) days to permit the Parties to address and complete the transition issues set forth in the Settlement Agreement.

IT IS SO STIPULATED this 2nd day of April, 2013.

| **COTTON, DRIGGS, WALCH,** | **NERSESIAN & SANKIEWICZ** |
|---|---|
| **HOLLEY, WOLOSON & THOMPSON** | |

/s/ James D. Boyle
JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
KIMBERLY J. COOPER, ESQ.
Nevada Bar No. 09533
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

/s/ Robert A. Nersesian
ROBERT A. NERSESIAN, ESQ.
Nevada Bar No. 02762
528 South Eighth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff/Counter-Defendant*    *Attorneys for Defendant and Counterclaimant*

**IT IS SO ORDERED** this 4th day of April, 2013.

_____
Gloria M. Navarro
United States District Judge

- 2 -

09440-01/1051554.doc

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-4, I hereby certify that on the 2nd day of April, 2013, I caused the document entitled **NOTICE OF RESOLUTION AND SETTLEMENT AND STIPULATION AND ORDER TO STAY ACTION PENDING DISMISSAL**, to be served as follows:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| Robert A. Nersesian, Esq.<br>NERSESIAN & SANKIEWICZ<br>528 S. Eighth Street<br>Las Vegas, Nevada 89101 | *Attorney for Select Marketing Group, LLC* | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |

_____
An employee of Cotton, Driggs, Walsh, Holley, Woloson & Thompson

- 3 -

09440-01/1051554.doc