JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:    702/791-1912
Email:         jboyle@nevadafirm.com

*Attorneys for Plaintiff/Counter-Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREATER ENTERPRISES, LLC, a South Carolina limited liability company<br><br>          Plaintiff/Counter-Defendant,<br><br>v.<br><br>SELECT MARKETING GROUP, LLC, a Nevada Limited Liability company<br><br>          Defendant/Counterclaimant. | CASE NO.:   2:12-cv-00221-GMN-(PAL)<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1) and L.R. 7-1, and in accordance with the terms of a confidential Settlement Agreement, Plaintiff and Counter-Defendant Greater Enterprises, LLC and Defendant and Counterclaimant Select Marketing Group, LLC (individually, a "Party", and collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate to the dismissal of all claims and counterclaims alleged in this action with prejudice.

Each Party shall bear its own attorneys' fees and costs incurred in this action.

///

///

///

///

///

///

09440-01/1084139.doc

In accordance with the terms of the Settlement Agreement executed by and between the Parties, this Court shall retain jurisdiction to enforce the Settlement Agreement, if necessary.

IT IS SO STIPULATED this 10th day of June, 2013.

| **COTTON, DRIGGS, WALCH, HOLLEY, WOLOSON & THOMPSON** | **NERSESIAN & SANKIEWICZ** |
|---|---|
| /s/ James D. Boyle<br>JAMES D. BOYLE, ESQ.<br>Nevada Bar No. 08384<br>KIMBERLY J. COOPER, ESQ.<br>Nevada Bar No. 09533<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101 | /s/ Robert A. Nersesian<br>ROBERT A. NERSESIAN, ESQ.<br>Nevada Bar No. 02762<br>528 South Eighth Street<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff/Counter-Defendant Greater Enterprises, LLC* | *Attorneys for Defendant and Counterclaimant Select Marketing Group, LLC* |

IT IS SO ORDERED.

**DATED** this 11th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge

09440-01/1084139.doc